

**Arthur Z. Schwartz**
Principal Attorney
aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

June 27, 2025

VIA ECF

Hon. Lawrence J. Vilardo
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

      Re:    *Medina et al v. New York State Division of Military and Naval Affairs, et al.*
               **Case No. 24-cv-01239-LJV**

Dear Judge Vilardo,

      We write in reference to the Court Order dated May 26, 2025.

      This case has a tortured history. It was originally filed by our firm in the Southern District of New York. A number of months later it was moved, on motion, to the Western District. The attorney originally working on this case had an office in the Buffalo area; I was the only attorney, however, admitted in the WDNY.

      Right around the time this was transferred, our upstate, of counsel attorney ceased his association with our firm, and took employment which precluded his work on the case. We began to contact the clients, by email and by phone, requesting that they find new counsel upstate. WE haven't gotten a response from anyone.

      Between May 26, 2025 (the date of the Court's Order) and June 20, 2025, we called Plaintiff Seymour four times and Plaintiff Washington twice, these calls went unanswered and were not returned. We also emailed those Plaintiffs who provided email addresses. Plaintiffs Medina and Marrufo, asylum seekers from Venezuela, did not provide contact information and we were not able to find any through investigation. We know that the Federal Government, with the US Supreme Court's approval, has terminated the asylum program they were here on. Finally, we sent the attached letter(s) via overnight mail to all of the Plaintiffs' last known addresses. That letter has to date gone unanswered. As such, we have been without instruction on whether Plaintiffs wish to continue this matter or how to proceed.



Hon. Lawrence J. Vilardo
June 27, 2025
Page 2

      Given this state of affairs, Counsel for Plaintiffs respectfully requests that the Court relieve us as counsel, and dismiss without prejudice.

                               Respectfully submitted,

                               /s/ *Arthur Schwartz*

                               Arthur Schwartz