

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

June 23, 2025

**FIRST CLASS MAIL**
**-and-**
**OVERNIGHT MAIL**

Florangelis Maria Cabreara Medina
4217 Genesee Street
Cheektowaga, NY 14225

   Re: Medina, et al. v. New York State Division of Military
      and Naval Affairs, et al. 24-cv-00951
      <u>Withdrawal As Counsel</u>

Dear Florangelis:

  We have attempted to reach you on several occasions by telephone and email regarding the pending lawsuit against your former employer, DocGo. In the case we alleged employment discrimination.

  The case against DocGo was originally commenced in the United States District Court for the Southern District of New York (S.D.N.Y.) in Manhattan, the situs of the company's corporate offices. The S.D.N.Y. judge transferred the case to the Western District of New York (W.D.N.Y.) on December 10, 2024. The order is enclosed. As you know, AFJCA closed its office in western New York in February 2024. We are a small firm with offices exclusively in Manhattan and without the resources to litigate a case of this magnitude in Buffalo. Nate McMurray, who worked independently but under our law firm name, declined to continue with this case when he dissolved our relationship. We have called and emailed numerous times since then in an effort to arrange for the transfer of this case to another attorney in Western New York. Those calls and emails have not been returned and we are not sure that you want to pursue this lawsuit.

  Defendants have made a motion to dismiss the case, and **<u>the judge has ordered plaintiffs to show cause by June 27, 2025 why the case should not be dismissed with prejudice</u>**. It is important that you contact us by email before June 27 if you want to pursue litigation. If we do not hear from you, we will tell the judge that you have lost interest in the case.



Florangelis Maria Cabreara Medina
June 23, 2025
Page 2

    If you want to proceed, please call Laine Armstrong at 212-285-1400, or email Laine at laine@advocatesny.com, or Richard Soto at rsoto@advocatesny.com.

                      Very truly yours,

                        Arthur Z. Schwartz

Encl.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

FLORANGELIS MARIA CABREARA MEDINA,
ALEXANDER JOSE VIZCAINO MARRUFO,
JANE DOES 1-10, JOHN DOES 1-5,
KAREEMA WASHINGTON, and
ERICA SEYMOUR,                            ORDER TO SHOW CAUSE

            Plaintiffs,                   24 Civ. 8512 (NRB)

      - against -

NEW YORK STATE DIVISION OF MILITARY
AND NAVAL AFFAIRS, RAPID RELIABLE
TESTING NY, LLC d/b/a DOCGO,
DEVEN COLON, RIGOBERTO NUÑEZ, and
JOHN DOES 1-10,

            Defendants.

------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on November 8, 2024, plaintiffs filed the instant suit with a civil cover sheet indicating that the action is the same or essentially the same as one previously filed in this District, namely <u>Medina et al v. New York State Division of Military and Naval Affairs et al.</u>, 24 Civ. 951 (June 28, 2024), which was pending before Judge Colleen McMahon; and

**WHEREAS**, on June 27, 2024, the case before Judge McMahon was voluntarily dismissed by plaintiffs pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure; and

**WHEREAS**, all plaintiffs are residents of Erie County; two of the four defendants are residents of Erie County; one defendant is a resident of Albany County; and only one defendant is a resident of New York County; and

**WHEREAS**, all or substantially all of the events giving rise to the complaint occurred in Erie County; it is hereby

**ORDERED** that plaintiffs show cause no later than November 25, 2024 as to why this action should not be transferred to the United States District Court for the Western District of New York pursuant to 28 U.S.C. § 1404(a).

Dated:   November 18, 2024
         New York, New York

　　　　　　　　　　　　　　　　　　　／s／ Naomi Reice Buchwald
　　　　　　　　　　　　　　　　　　　NAOMI REICE BUCHWALD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE