

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

23 de junio de 2025

**CORREO DE PRIMERA CLASE**
-y-
<u>**CORREO NOCTURNO**</u>

Alexander Jose Vizcaino Marrufo
4217 Genesee Street
Cheektowaga, NY 14225

      Re:    *Medina, et al. v. New York State Division of Military and Naval Affairs, et al*. 24-cv-00951
               <u>Retirada Como Abogado</u>

Estimado Sr. Marrufo:

      Hemos intentado ponernos en contacto con usted en varias ocasiones por teléfono y correo electrónico en relación con la demanda pendiente contra su antiguo empleador, DocGo.

      El caso contra DocGo se inició originalmente en el Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Nueva York (S.D.N.Y.) en Manhattan, el sitio de las oficinas corporativas de la empresa. El juez del S.D.N.Y. transfirió el caso al Distrito Oeste de Nueva York (W.D.N.Y.) el 10 de diciembre de 2025. Se adjunta la orden. Como usted sabe, Advocates for Justice, Chartered Attorneys (AFJCA) cerró su oficina en el oeste de Nueva York en febrero de 2024. Somos un bufete pequeño con oficinas exclusivamente en Manhattan y sin los recursos para litigar un caso de esta magnitud en Buffalo, Nueva York. Nate McMurray, que trabajaba de forma independiente, pero bajo el nombre de nuestro bufete, declinó continuar con este caso cuando disolvió nuestra relación. Hemos llamado y enviado correos electrónicos en numerosas ocasiones desde entonces en un esfuerzo por organizar la transferencia de este caso a otro abogado en el oeste de Nueva York. Esas llamadas y correos electrónicos no han sido devueltos y no estamos seguros de que desea continuar con esta demanda.

      Los demandados han hecho una petición para desestimar ("Motion to Dismiss") el caso, y **<u>el juez ha ordenado a los demandantes a mostrar causa ("Order to Show Cause") por qué el caso no debe ser desestimando con perjuicio antes del 27 de junio de 2025.</u>** Es importante que se ponga en contacto con nosotros por correo electrónico antes del 27 de junio si desea

**advocates for justice**
**chartered attorneys**

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

Alexander Jose Vizcaino Marrufo
23 de junio de 2025
Página 2

continuar con el litigio. Si no tenemos noticias suyas, comunicaremos al juez que ha perdido interés en el caso.

Si desea seguir adelante, llame a Laine Armstrong al 212-285-1400, o envíe un correo electrónico a Laine a laine@advocatesny.com o a Richard Soto a rsoto@advocatesny.com.

Atentamente,

*/s/ Arthur Z. Schwartz*

Arthur Z. Schwartz

Adjuntos.